Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS ROBERTS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SEQUIUM ASSET SOLUTIONS, LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:22-cv-01202-RFB-EJY<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE** |

Under FRCP 41(a), Plaintiff, Douglas Roberts, through the undersigned counsel of record, voluntarily dismisses Defendant Sequium Asset Solutions, LLC ("Sequium") with prejudice. Sequium has not served an answer or filed a motion for summary judgment and the court has not set a trial date in this action. Plaintiff and Sequium will bear their own attorney's fees and costs incurred in this action.

Dated: August 9, 2022

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez* .
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*